1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO ANGELO, et al., | Case No.: CV14-5696 RGK (JCx) |
| Plaintiff, | Complaint Filed: July 21, 2014 |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES and DOES 1 through 10, | Courtroom: 850 - Roybal |
| Defendant. | |

953005.2  LO160-069

[PROPOSED] JUDGMENT

1    On July 24, 2015, this Court previously ordered that Plaintiff DINO
2 ANGELO's Complaint be dismissed.
3    Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff DINO
4 ANGELO take nothing, that the action be dismissed on the merits with prejudice.

6 Dated: August 5, 2015    _____
                           Honorable R. Gary Klausner
                           United States District Court Judge